**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**JOHN CHARLES WADE, III,**

      **Petitioner,**

**v.**                                         **CIVIL ACTION NO.: 3:23-CV-101
(GROH)**

**KATINA HECKARD,**

      **Respondent.**

<u>**ORDER DISMISSING CASE WITHOUT PREJUDICE**</u>

On April 17, 2023, the *pro se* Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. The Clerk issued a Notice of Deficient Pleading and Intent to Dismiss the same day, instructing Petitioner that this action would be dismissed within 30 days if Petitioner failed to refile his Petition on a court-approved form. ECF No. 2. Service of the notice was accepted on April 21, 2023. ECF No. 3.

More than thirty days have elapsed since service was accepted for the notice of deficient pleading and Petitioner has not refiled a petition on the court-approved form.

Accordingly, it is **ORDERED** that 3:23-CV-101 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

      **DATED**: June 7, 2023

                                         GINA M. GROH
                                         UNITED STATES DISTRICT JUDGE